UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MAGGY LONDON INTERNATIONAL, LTD.,

                      Plaintiff,

-against-

HARTFORD FIRE INSURANCE COMPANY et al.,

                      Defendants.

------------------------------------- x

ORDER

19 Civ. 8546 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 7, 2020 conference is adjourned to June 9, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge